UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REPUBLIC VANGUARD INSURANCE                          CIVIL ACTION
COMPANY

VERSUS                                               NO: 06-2527

LUREY TERREBONNE                                     SECTION: "A" (1)

## ORDER & REASONS

For the reasons set forth by Judge Duval in *Westport Insurance Corporation v. Warner*, 2001 WL 1012238 (E.D.La.), this Court declines to issue a declaratory judgment in this matter, and grants Defendant's Motion to Dismiss **(Rec. Doc. # 6)**.  The Court notes that in the pending state court litigation all the issues in controversy may be litigated.  As plaintiffs in the related state court proceeding have amended their petition to name Republic Vanguard Insurance Company as a defendant, it is clear that any coverage issues, including the applicability of any exclusions, may be fully litigated within the state action.

Notably, the state litigation involving this matter was filed prior to the declaratory judgment action presently before this Court.  Therefore, it may be argued that similar to the defendants in *Westport*, Republic filed this suit in anticipation of being added in the state court proceeding, and as an effort to shop for a federal forum.

In rendering this decision, this Court finds that judicial economy is better served by having all disputes arising out of this single event litigated in one forum.

Accordingly;

**IT IS ORDERED** that the Motion to Dismiss **(Rec. Doc. # 6)** filed by Defendant Terrebonne is **GRANTED**.

New Orleans, Louisiana, Thursday, October 12, 2006.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE